SNOW BECKER KRAUSS P.C.
605 Third Avenue
New York, New York 10158
(212) 687-3860
Paul C. Kurland (pk5179)
Michael H. DuBoff (md1902)

JUDGE BRIEANT

08 CV 4257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

AFP IMAGING CORPORATION
and DENT-X INTERNATIONAL, INC.,

        Plaintiffs,

    -against –

GENEXA MEDICAL INC.,

        Defendant.

-----------------------------------------------------X

Index No.



COMPLAINT

JURY TRIAL DEMANDED

Plaintiffs, AFP Imaging Corporation and Dent-X International, Inc. ("AFP") by their

attorneys Snow Becker Krauss P.C. as in forth its complaint against Defendant Genexa Medical,

Inc. ("Genexa") alleges:

## NATURE OF ACTION

1.    AFP seeks to recover the sum of $394,609.88 for goods sold and delivered to

Genexa during the period from December 11, 2007 through March 13, 2008.  Despite demand,

Genexa has failed and refused to pay the amount due.

## VENUE AND JURISDICTION

2.    This Court has jurisdiction based upon 28 U.S.C. §1332.  The matter in

controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand

($75,000.00) Dollars and is between a citizen of New York and a citizen of Ontario, Canada.

3.    Venue is proper in this District under 18 U.S.C. §1391(a).  The contract for the

purchase and sale of the products was entered into within the District and the products were

1

delivered from this District.

## THE PARTIES

4.      Plaintiff AFP Imaging Corporation is a public corporation incorporated under the laws of the State of New York with its principal place of business at 250 Clearbrook Road, Elmsford, New York.

5.      Plaintiff Dent-X International, Inc. is incorporated under the laws of the State of New York with its principal place of business at 250 Clearbrook Road, Elmsford, New York.

6.      Upon information and belief, Genexa is an Ontario, Canadian corporation with its principal place of business at 145 Royal Crest Court, Unit 26, Markham, Ontario, Canada.

7.      AFP is in the business of developing, manufacturing and selling digital and analog X-ray imaging equipment and supplies used in connection with the dental industry.

8.      Upon information and belief, Genexa is a wholesaler and distributor of dental supplies in Canada and the United States.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

9.      Prior to December 11, 2007 AFP supplied dental X-ray equipment and supplies to Genexa.

10.     From time to time, Genexa would send AFP purchase orders for dental imaging equipment and supplies.

11.     Based upon Genexa's purchase orders between December 11, 2007 and March 13, 2008, AFP sold to Genexa various equipment and supplies having an agreed price and reasonable value of $394,609.88.

12.     On December 11, 2007, March 11, 2008 and March 13, 2008, pursuant to invoices

2

197806, 197807,197812, 197813, 201345 and 201545, AFP's Dent-X Division sold Genexa panoramic two dimensional dental X-ray machines components and supplies at the agreed price and reasonable value of $249,529.60. (Copies of the invoices are annexed hereto as Exhibit "A").

13.    On December 17, 2007, December 18, 2007, January 30, 2008 and March 12, 2008, pursuant to invoices 198036, DCV30120, 199686 and 201410, AFP sold Genexa "EVA Sensor" equipment and supplies used in connection with dental digital X-rays having an agreed price and reasonable value of $74,846.67. (Copies of the invoices are annexed hereto as Exhibit "B").

14.    On December 27, 2007 and February 7, 2008, pursuant to invoices 198327 and 200124, AFP's New Tom Division sold Genexa a cone beam three-dimensional X-ray machine and supplies used to create and capture three dimensional images of dental structures having an agreed price and reasonable value of $140,233.61. In connection with the purchase, Genexa paid a $70,000 deposit leaving an unpaid balance of $70,233.61. (Copies of the invoices are annexed hereto as Exhibit "C").

15.    The terms of each sale was net thirty days.

16.    Despite demand, Genexa has failed and refused to pay the open invoices totaling $394,609.88.

## AS AND IN FOR THE FIRST CAUSE OF ACTION

17.    Plaintiff AFP repeats and realleges the allegations contained in paragraphs 1 through 16 as is set forth herein their entirety.

18.    Genexa has failed and refused to pay the $394,609.88 despite demand.

19.    As a result of the foregoing, there is due and owing from Genexa to AFP the sum of $394,609.88.

3

## AS AND IN FOR THE SECOND CAUSE OF ACTION

20.    Plaintiff AFP repeats and realleges the allegations contained in paragraphs 1 through 19 as is set forth herein in their entirety.

21.    AFP and Genexa are merchants as defined by the Uniform Commercial Code.

22.    AFP sent invoices and regularly sent statements to Genexa for the unpaid invoices of $394,609.88 as an Account Stated.

23.    Genexa has not disputed or objected to any of the charges nor the amount due except for some of the EVA sensors that AFP has agreed to repair or replace under AFP's Limited Liability Warranty.

24.    By reason of the foregoing, there is due and owing from Genexa to AFP the sum of $394,609.88 as an Account Stated.

## AS AND IN FOR THE THIRD CAUSE OF ACTION

25.    Plaintiff AFP repeats and realleges the allegations contained in paragraphs 1 through 24 as is set forth herein in their entirety.

26.    The fair and reasonable value of the goods provided by AFP to Genexa is $394,609.88.

27.    Genexa has failed and refused to pay AFP the fair and reasonable value of the goods AFP supplied to it.

28.    By reason of the foregoing, Genexa is liable to AFP in the sum of $394,609.88.

## AS AND IN FOR THE FOURTH CAUSE OF ACTION

29.    Plaintiff AFP repeats and realleges the allegations contained in paragraphs 1 through 28 as is set forth herein in their entirety.

30.    Genexa has received the benefit of and upon, information and belief, has resold all or part of the goods and equipment provided by AFP having an agreed price and reasonable

value of $394,609.88.

31.  By reason of the foregoing, Genexa has been unjustly enriched in the sum of $394,609.898.

WHEREFORE, plaintiffs AFP Imaging Corporation and Dent-X International, Inc. demand judgment against Genexa Medical, Inc. as follows:

a.  On the First Cause of Action, in the sum of $394,609.88;

b.  On the Second Cause of Action, in the sum of $394,609.88;

c.  On the Third Cause of Action, in the sum of $394,609.88;

d.  On the Fourth Cause of Action, in the sum of $394,609.88;

e.  All together with interest thereon from the due date from each invoice;

f.  Together with fees, costs and disbursements of this action; and

g.  Such and other further relief as this Court deems proper.

Dated: New York, New York
       May __, 2008

SNOW BECKER KRAUSS P.C.

By: _____
    Michael H. DuBoff
    Attorneys for Plaintiffs
    AFP Imaging Corporation and
    Dent-X International, Inc.
    605 Third Avenue
    New York, New York 10158
    Telephone: 212-687-3860

TO:
Genexa Medical Inc.
145 Royal Crest Court, Unit 26
Markham, Ontario L3R 9Z4
Canada

EXHIBIT A



A

**AFP IMAGING**

developing better images

DENT-X
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

# INVOICE  197806

| SALES ORDER NO. | DATE INVOICED |
|---|---|
| 784514 | 12/11/07 |

| PACKING SLIP NO. | DATE SHIPPED |
|---|---|
| 784514*1 | 12/11/07 |

| CUSTOMER PURCHASE ORDER NO. |
|---|
| 132 |

| SALES REPRESENTATIVE | CODE |
|---|---|
| HOUSE ACCT | 398 |

| SHIPPED VIA | PPD | COL |
|---|---|---|
| NEW PENN | X | |

| PAYMENT TERMS | TAX | TAX CODE |
|---|---|---|
| NET 30 | | |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| S O L D   T O | | S H I P   T O | |
|---|---|---|---|
| 01*860902 | | 01*860902 | |
| GENEXA MEDICAL INC. | | GENEXA MEDICAL INC. | |
| 145 ROYAL CREST CT. | | C/O HOC WAREHOUSE | |
| UNIT 26 | | 3245 AMERICAN DRIVE | |
| MARKHAM ON L3R 9Z4 | | 905-672-5107 | |
| CANADA | | MISSISSAUGA ON,  L4Y 1B8 | |
| | | CANADA | |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992430830 | 3 | 3 | | 45995.00000 | 137,985.00 |
| | STRATO DIGITAL W DIG | | | | | |
| | CEPH | | | | | |
| | ** Serial Number(s) ** | | | | | |
| | O7031201, 07030202 | | | | | |
| | O7030203 | | | | | |
| Chg | F03    Truck Freight Charges | | 1 | | | 923.54 |
| | Truck Freight Charges | | | | | |
| | *TERMS BEGIN WHEN SHIPMENT* | | | | | |
| | *LEAVES DENT-X* | | | | | |
| | *FREIGHT CHARGES ON THIS INVOICE* | | | | | |
| | *ARE FOR PO#S* | | | | | |
| | *132/133/131/134* | | | | | |
| | *Your order was shipped via NEW PENN.* | | | | | |
| | *Your tracking number(s) are:* | | | | | |
| | *NEW PENN TO* | | | | | |
| | *MANITOULIN* | | | | | |
| | *PRO 0090324752* | | | | | |

| | |
|---|---|
| **SUBTOTAL** | 137,985.00 |
| Less DISCOUNT | 0.00 |
| TAX | 0.00 |
| Freight & Handling | 923.54 |
| Other Charges | 0.00 |
| **TOTAL US DOLLARS** | **138,908.54** |

All payments are to be made in US Dollars.

**DENT-X**      eva    **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03



**AFP IMAGING**

developing better images

250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

# INVOICE 197807

| SALES ORDER NO. 784515 | DATE INVOICED 12/11/07 |
| PACKING SLIP NO. 784515*1 | DATE SHIPPED 12/11/07 |
| CUSTOMER PURCHASE ORDER NO. 131 | |
| SALES REPRESENTATIVE HOUSE ACCT | CODE 398 |
| SHIPPED VIA NEW PENN | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*860902
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*860902
GENEXA MEDICAL INC.
C/O HOC WAREHOUSE
3245 AMERICAN DRIVE
905-672-5107
MISSISSAUGA ON,  L4Y 1B8
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992430640 ROTOGRAPH DIGITAL WALL MOUNT ** Serial Number(s) ** O7090346 List price: 21000.00 U.S.A. DOLLARS | 1 | 1 | | 21000.00000 | 21,000.00 |

Your order was shipped via NEW PENN.
Your tracking number(s) are:
NEW PENN TO
MANITOULIN
PRO 0090324752

| | |
|---|---|
| SUBTOTAL | 21,000.00 |
| Less DISCOUNT | 0.00 |
| TAX | 0.00 |
| Freight & Handling | 0.00 |
| Other Charges | 0.00 |
| **TOTAL US DOLLARS** | **21,000.00** |

All payments are to be made in US Dollars.

**DENT·X®**          **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03



**AFP IMAGING**

developing better images

250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

## INVOICE 197812

| SALES ORDER NO. 784760 | DATE INVOICED 12/11/07 |
|---|---|
| PACKING SLIP NO. 784760*2 | DATE SHIPPED 12/11/07 |

| CUSTOMER PURCHASE ORDER NO. 134 | | |
|---|---|---|
| SALES REPRESENTATIVE **HOUSE ACCT** | CODE **398** | |
| SHIPPED VIA **NEW PENN** | PPD **X** | COL |
| PAYMENT TERMS **NET 30** | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*860902
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*860902
GENEXA MEDICAL INC.
C/O HOC WAREHOUSE
3245 AMERICAN DRIVE
905-672-5107
MISSISSAUGA ON,   L4Y 1B8
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992430640 ROTOGRAPH DIGITAL WALL MOUNT ** Serial Number(s) ** 07090342, 07090343 07090344 *List price: 21000.00 U.S.A. DOLLARS* | 3 | 3 | | 21000.00000 | 63,000.00 |
| | *Your order was shipped via NEW PENN.* *Your tracking number(s) are:* *NEW PENN TO* *MANITOULIN* *PRO 0090324752* | | | | | |

| | | |
|---|---|---|
| **SUBTOTAL** | | 63,000.00 |
| Less DISCOUNT | | 0.00 |
| TAX | | 0.00 |
| Freight & Handling | | 0.00 |
| Other Charges | | 0.00 |
| **TOTAL US DOLLARS** | | **63,000.00** |

All payments are to be made in US Dollars.

**DENT·X**    **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03



**Dent-X**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

# INVOICE 197813

| SALES ORDER NO. 784761 | DATE INVOICED 12/11/07 |
|---|---|
| PACKING SLIP NO. 784761*1 | DATE SHIPPED 12/11/07 |
| CUSTOMER PURCHASE ORDER NO. 133 | |
| SALES REPRESENTATIVE HOUSE ACCT | CODE 398 |
| SHIPPED VIA NEW PENN | PRO X / COL |
| PAYMENT TERMS NET 30 | TAX / TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | 01*860902 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM ON L3R 9Z4 CANADA | SHIP TO | 01*860902 GENEXA MEDICAL INC. C/O HOC WAREHOUSE 3245 AMERICAN DRIVE 905-672-5107 MISSISSAUGA ON, L4Y 1B8 CANADA |
|---|---|---|---|

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992430640 ROTOGRAPH DIGITAL WALL MOUNT ** Serial Number(s) ** 07090345 List price: 21000.00 U.S.A. DOLLARS | 1 | 1 | | 21000.00000 | 21,000.00 |
| | Your order was shipped via NEW PENN. Your tracking number(s) are: NEW PENN TO MANITOULIN PRO 0090324752 | | | | | |

| | |
|---|---|
| **SUBTOTAL** | 21,000.00 |
| **Less DISCOUNT** | 0.00 |
| **TAX** | 0.00 |
| **Freight & Handling** | 0.00 |
| **Other Charges** | 0.00 |
| **TOTAL US DOLLARS** | **21,000.00** |

All payments are to be made in US Dollars.



AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

**Dent-X**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

⊙ developing better images

# INVOICE 201345

| | |
|---|---|
| SALES ORDER NO. **787486** | DATE INVOICED **03/11/08** |
| PACKING SLIP NO. **787486*1** | DATE SHIPPED **03/11/08** |
| CUSTOMER PURCHASE ORDER NO. **141** | |
| SALES REPRESENTATIVE **JOSEPH INGRAVALLE** | CODE **355** |
| SHIPPED VIA **UPS REGULAR** | PPD **X** | COL |
| PAYMENT TERMS **NET 30** | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted,
will include shipping instructions that must be followed. All claims for shortages,
error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | SHIP TO |
|---|---|
| 01*860902<br>GENEXA MEDICAL INC.<br>145 ROYAL CREST CT.<br>UNIT 26<br>MARKHAM ON L3R 9Z4<br>CANADA | 01*860902<br>GENEXA MEDICAL INC.<br>C/O PRO-DENT TECHNICAL<br>11641 145TH STREET<br>PAUL PARSONS 780-455-7402<br>EDMONTON AB,  T5M 1V9<br>CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992700800<br>ENDOS INTRAORAL DC 120V<br>80 CM ARM<br>** Serial Number(s) **<br>35070547/25070547<br>*List price: 2975.00 U.S.A. DOLLARS* | 1 | 1 | | 2975.00000 | 2,975.00 |
| 002 | 9992700112<br>WALL MTG KIT X70 PLUS STL<br>*List price: 99.00 U.S.A. DOLLARS* | 1 | 1 | | 0.00000 | 0.00 |
| Chg | F01    UPS<br>ALL UPS CHARGES | | 1 | | | 97.18 |
| | *Your order was shipped via UPS REGULAR.*<br>*Your tracking number(s) are:*<br>*1Z1487986842409332* | | | | | |

Not PAID

| | |
|---|---|
| **SUBTOTAL** | 2,975.00 |
| **Less DISCOUNT** | 0.00 |
| **TAX** | 0.00 |
| **Freight & Handling** | 97.18 |
| **Other Charges** | 0.00 |
| **TOTAL US DOLLARS** | **3,072.18** |

All payments are to be made in US Dollars.

**DENT·X**        NewTom

AFP requires that all dealers maintain traceability records. To insure
warranty coverage please return warranty cards after each installation.

Form Control Number: 54058-03



**Dent-X**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

developing better images

# INVOICE 201545

| | |
|---|---|
| SALES ORDER NO. **788603** | DATE INVOICED **03/13/08** |
| PACKING SLIP NO. **788603*1** | DATE SHIPPED **03/13/08** |
| CUSTOMER PURCHASE ORDER NO. **143** | |
| SALES REPRESENTATIVE **GREG KOWALCZYK** | CODE **354** |
| SHIPPED VIA **UPS RED** | PPD **X** / COL |
| PAYMENT TERMS **NET 30** | TAX / TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*860902
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*860902
GENEXA MEDICAL INC.
C/O PROTECH DENT
11641 145TH STREET
EDMONTON AB , T5M 1V9
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992700800 ENDOS INTRAORAL DC 120V 80 CM ARM ** Serial Number(s) ** 35070544/25070544 List price: 2975.00 U.S.A. DOLLARS | 1 | 1 | | 2975.00000 | 2,975.00 |
| 002 | 9992700112 WALL MTG KIT X70 PLUS STL List price: 99.00 U.S.A. DOLLARS | 1 | 1 | | 0.00000 | 0.00 |
| Chg | F02    Airfreight Charges All Airfreight Charges | | 1 | | | 342.53 |

S/N 35070544/25070544
SHIPPED UPS RED 3-13-08
Your order was shipped via UPS RED.
Your tracking number(s) are:
1Z1487980440644362

*NOT PAID*

| | |
|---|---|
| **SUBTOTAL** | 2,975.00 |
| **Less DISCOUNT** | 0.00 |
| **TAX** | 0.00 |
| **Freight & Handling** | 342.53 |
| **Other Charges** | 0.00 |
| **TOTAL US DOLLARS** | 3,317.53 |

All payments are to be made in US Dollars.



**DENT·X**     **eva**     **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

EXHIBIT B



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

*veloping better images*

# INVOICE  198036

| SALES ORDER NO. 784920 | | DATE INVOICED 12/17/07 |
| PACKING SLIP NO. 784920*2 | | DATE SHIPPED 12/17/07 |
| CUSTOMER PURCHASE ORDER NO. 137 | | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | | CODE 355 |
| SHIPPED VIA UPS REGULAR | | PPD X  COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

| No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING. |

| S O L D  T O | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM ON L3R 9Z4 CANADA | S H I P  T O | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM, ON  L3R 9Z4 CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|------|---------------------|-------------|-------------|----------|------------|-------------|
| 001 | 9992410100 EVA SYSTEM SIZE #1 ** Serial Number(s) ** EVA1-11632-1207 EVA1-11634-1207 List price: 4100.00 U.S.A. DOLLARS | 2 | 2 | | 3600.00000 | 7,200.00 |
| 002 | 9992410200 EVA SYSTEM SIZE #2 ** Serial Number(s) ** EVA-25251-1107 EVA-25252-1107 EVA-25253-1107 EVA-25254-1107 EVA-25313-1207 EVA-25314-1207 EVA-25315-1207 EVA-25316-1207 EVA-25317-1207 List price: 4100.00 U.S.A. DOLLARS | 9 | 9 | | 3600.00000 | 32,400.00 |
| 003 | EVAWARRANTY2YR EVA 2 YEAR WARRANTY EXTENTION ** Serial Number(s) ** EVA-25251-1107 EVA-25252-1107 | 22 | 22 | | 0.00000 | 0.00 |

CONTINUED...

  NewTom

All payments are to be made in US Dollars.

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

developing better images

# INVOICE   198036

| SALES ORDER NO. 784920 | DATE INVOICED 12/17/07 |
| PACKING SLIP NO. 784920*2 | DATE SHIPPED 12/17/07 |
| CUSTOMER PURCHASE ORDER NO. 137 | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | CODE 355 |
| SHIPPED VIA UPS REGULAR | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM ON L3R 9Z4 CANADA | SHIP TO | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM, ON  L3R 9Z4 CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|------|---------------------|-------------|-------------|----------|------------|-------------|
| | EVA-25253-1107 | | | | | |
| | EVA-25254-1107 | | | | | |
| | EVA-25313-1207 | | | | | |
| | EVA-25314-1207 | | | | | |
| | EVA-25315-1207 | | | | | |
| | EVA-25316-1207 | | | | | |
| | EVA-25317-1207 | | | | | |
| | EVA-25318-1207 | | | | | |
| | EVA-25319-1207 | | | | | |
| | EVA-25320-1207 | | | | | |
| | EVA-25321-1207 | | | | | |
| | EVA-25322-1207 | | | | | |
| | EVA-25323-1207 | | | | | |
| | EVA-25324-1207 | | | | | |
| | EVA-25325-1207 | | | | | |
| | EVA-25326-1207 | | | | | |
| | EVA-25327-1207 | | | | | |
| | EVA-25328-1207 | | | | | |
| | EVA1-11632-1207 | | | | | |
| | EVA1-11634-1207 | | | | | |
| | List price: 1495.00 U.S.A. DOLLARS | | | | | |
| 004 | 9992410040 | 10 | 10 | | 150.00000 | 1,500.00 |
| | KIT DOCKING STATION EVA INCLUDES USB CABLE | | | | | |
| | List price: 150.00 U.S.A. DOLLARS | | | | | |
| 005 | 9992410200 | 2 | 2 | | 0.00000 | 0.00 |

**CONTINUED...**

    **NewTom**

All payments are to be made in US Dollars.

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM068-03



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

*developing better images*

No material may be returned without our Return Authorization Number, which, if granted,
will include shipping instructions that must be followed. All claims for shortages,
error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

# INVOICE  198036

| SALES ORDER NO. 784920 | DATE INVOICED 12/17/07 |
|---|---|
| PACKING SLIP NO. 784920*2 | DATE SHIPPED 12/17/07 |
| CUSTOMER PURCHASE ORDER NO. 137 | |

| SALES REPRESENTATIVE JOSEPH INGRAVALLE | CODE 355 |
|---|---|
| SHIPPED VIA UPS REGULAR | PRO X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

| SOLD TO | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM ON L3R 9Z4 CANADA | SHIP TO | 01*760287 GENEXA MEDICAL INC. 145 ROYAL CREST CT. UNIT 26 MARKHAM, ON  L3R 9Z4 CANADA |
|---|---|---|---|

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | EVA SYSTEM SIZE #2 | | | | | |
| | ** Serial Number(s) ** | | | | | |
| | EVA-25318-1207 | | | | | |
| | EVA-25319-1207 | | | | | |
| | EVA-25320-1207 | | | | | |
| | EVA-25321-1207 | | | | | |
| | EVA-25322-1207 | | | | | |
| | EVA-25323-1207 | | | | | |
| | EVA-25324-1207 | | | | | |
| | EVA-25325-1207 | | | | | |
| | EVA-25326-1207 | | | | | |
| | AT NO CHARGE PER AGREEMENT | | | | | |
| 006 | 9992410200 | 9 | 2 | 7 | 3600.00000 | 7,200.00 |
| | EVA SYSTEM SIZE #2 | | *See attached C/N for correction* | | | |
| | ** Serial Number(s) ** | | | | | |
| | EVA-25327-1207 | | | | | |
| | EVA-25328-1207 | | | | | |
| | *List price: 4100.00 U.S.A. DOLLARS* | | | | | |
| Chg | FO1    UPS | 1 | | | | 546.26 |
| | ALL UPS CHARGES | | | | | |

*CUSTOMS CLEARANCE BY WELKE CUSTOMS BROKER*
*ACCT# 112238*
*Your order was shipped via UPS REGULAR.*
*Your tracking number(s) are:*
*11 UNITS AND DOCK*

**CONTINUED...**

    **NewTom**

All payments are to be made in US Dollars.

AFP requires that all dealers maintain traceability records. To insure
warranty coverage please return warranty cards after each installation.



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

Developing better images

# INVOICE 198036

| SALES ORDER NO. 784920 | DATE INVOICED 12/17/07 |
| PACKING SLIP NO. 784920*2 | DATE SHIPPED 12/17/07 |
| CUSTOMER PURCHASE ORDER NO. 137 | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | CODE 355 |
| SHIPPED VIA UPS REGULAR | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*760287
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*760287
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM, ON  L3R 9Z4
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|------|---------------------|-------------|-------------|----------|------------|-------------|
| | STATIONS | | | | | |
| | 1Z1487986840468675 | | | | | |
| | $54.05 FRT $226.05 IN | | | | | |
| | 11 UNITS | | | | | |
| | 1Z1487986842526429 | | | | | |
| | $48.36 FRT | | | | | |
| | 217.80 INSURANCE | | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 48,300.00 |
| Less DISCOUNT | | 0.00 |
| TAX | | 0.00 |
| Freight & Handling | | 546.26 |
| Other Charges | | 0.00 |
| **TOTAL US DOLLARS** | | **48,846.26** |

All payments are to be made in US Dollars.

    NewTom

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-01



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.dent-x.com**

developing better images

# DEBIT MEMO  C/V301320

| SALES ORDER NO. C/V301320 | | DATE INVOICED 12/18/07 |
|---|---|---|
| PACKING SLIP NO. C/V301320*1 | | DATE SHIPPED 12/18/07 |
| CUSTOMER PURCHASE ORDER NO. 137 | | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | | CODE 355 |
| SHIPPED VIA | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | SHIP TO |
|---|---|
| 01*760287<br>GENEXA MEDICAL INC.<br>145 ROYAL CREST CT.<br>UNIT 26<br>MARKHAM ON L3R 9Z4<br>CANADA | 01*760287<br>GENEXA MEDICAL INC.<br>145 ROYAL CREST CT.<br>UNIT 26<br>MARKHAM, ON  L3R 9Z4<br>CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9992410200<br>EVA SYSTEM SIZE #2<br>List price: 4100.00 U.S.A. DOLLARS | 7 | 7 | | 3600.00000 | 25,200.00 |
| | DEBIT MEMO APPLIES TO INV. 198036<br>FOR WRONG QTY ENTERED ON LINE # 6 | | | | | |

| | |
|---|---|
| SUBTOTAL | 25,200.00 |
| Less DISCOUNT | 0.00 |
| TAX | 0.00 |
| Freight & Handling | 0.00 |
| Other Charges | 0.00 |
| **TOTAL US DOLLARS** | **25,200.00** |

All payments are to be made in US Dollars.

DENT·X        NewTom

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

developing better images

# INVOICE  199686

| SALES ORDER NO. 786772 | DATE INVOICED 01/30/08 |
| PACKING SLIP NO. 786772*1 | DATE SHIPPED 01/30/08 |
| CUSTOMER PURCHASE ORDER NO. 139 | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | CODE 355 |
| SHIPPED VIA UPS RED | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted,
will include shipping instructions that must be followed. All claims for shortages,
error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| S O L D T O | 01*760287<br>GENEXA MEDICAL INC.<br>145 ROYAL CREST CT.<br>UNIT 26<br>MARKHAM ON L3R 9Z4<br>CANADA | S H I P T O | 01*760287<br>GENEXA MEDICAL INC.<br>145 ROYAL CREST CT.<br>UNIT 26<br>MARKHAM, ON  L3R 9Z4<br>CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|------|---------------------|-------------|-------------|----------|------------|-------------|
| 001 | 9992410070<br>PROINTEGRATE PRACTICE MAN<br>AGEMENT LINK FOR EVA/PROI<br>MAGE<br>** Serial Number(s) **<br>PI-9C52-685A-EC0C-24F9-2907-1D0E<br>List price: 495.00 U.S.A. DOLLARS | 1 | 1 | | 495.00000 | 495.00 |
| Chg | F01    UPS<br>ALL UPS CHARGES | | 1 | | | 44.03 |

*SOFTWARE IS NON-REFUNDABLE*
*PLEASE TAKE ADVANTAGE OF THE 30 DAY TRIAL THAT THE SOFTWARE*
*INSTALLS WITH. ONCE THE REGISTRATION CODE HAS BEEN*
*ACTIVATED, THE REGISTRATION CANNOT BE TRANSFERRED.*

*DENTAL EQUIPMENT SOFTWARE*
*MANUFACTURED IN THE U.S.A.*

*CUSTOMS CLEARANCE BY WELKE CUSTOMS BROKERS*
*ACCOUNT# 112238  TEL# 415-674-0592*
*Your order was shipped via UPS RED.*
*Your tracking number(s) are:*
*1Z1487986641040271*

| | | |
|---|---|---|
| | SUBTOTAL | 495.00 |
| | Less DISCOUNT | 0.00 |
| | TAX | 0.00 |
| | Freight & Handling | 44.03 |
| | Other Charges | 0.00 |
| | **TOTAL US DOLLARS** | **539.03** |

All payments are to be made in US Dollars.



NewTom

AFP requires that all dealers maintain traceability records. To insure
warranty coverage please return warranty cards after each installation.



**Dent-X International**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.dent-x.com

developing better images

# INVOICE  201410

| SALES ORDER NO. 788386 | DATE INVOICED 03/12/08 |
| PACKING SLIP NO. 788386*1 | DATE SHIPPED 03/12/08 |
| CUSTOMER PURCHASE ORDER NO. 142 | |
| SALES REPRESENTATIVE JOSEPH INGRAVALLE | CODE 355 |
| SHIPPED VIA UPS REGULAR | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*760287
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*760287
GENEXA MEDICAL INC.
145 ROYAL CREST CT.
UNIT 26
MARKHAM, ON  L3R 9Z4
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 870-000088 SHEATHS PROTECTIVE BOX NON STERILE QTY 425 PLAIN WHITE BOXES *List price: 80.00 U.S.A. DOLLARS* | 6 | 6 | | 40.00000 | 240.00 |
| | | | | | | |
| Chg | F01   UPS ALL UPS CHARGES | | 1 | | | 21.38 |

*CONSUMABLE*

CUSTOMS CLEARANCE BY WELKE ACCT# 112238

DENTAL EQUIP. SPARE PARTS
MANUFACTURED IN THE U.S.A.

THANK YOU FOR YOUR ORDER
IF YOU HAVE ANY QUESTIONS,
PLEASE CALL MARISOL, EXT. 246

GREAT NEWS!!!
WE CAN NOW SEND ORDER CONFIRMATION
AND TRACKING INFORMATION BY EMAIL.
PLEASE PROVIDE YOUR EMAIL ADDRESS
WHEN PLACING ORDERS.
Your order was shipped via UPS REGULAR.
Your tracking number(s) are:
1Z1487986842281032

| | |
|---|---|
| **SUBTOTAL** | 240.00 |
| Less DISCOUNT | 0.00 |
| TAX | 0.00 |
| Freight & Handling | 21.38 |
| Other Charges | 0.00 |
| **TOTAL US DOLLARS** | **261.38** |

All payments are to be made in US Dollars.

  NewTom

AFP requires that all dealers maintain traceability records. To insure
warranty coverage please return warranty cards after each installation.

EXHIBIT C

**NewTom**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.newtomdental.com

developing better images

# INVOICE  198327

| SALES ORDER NO. | DATE INVOICED |
|---|---|
| 783329 | 12/27/07 |
| PACKING SLIP NO. | DATE SHIPPED |
| 783329*3 | 12/27/07 |
| CUSTOMER PURCHASE ORDER NO. | |
| 124 | |
| SALES REPRESENTATIVE | CODE |
| HOUSE ACCT | 498 |
| SHIPPED VIA | PPD | COL |
| SEE INSTRUCTIONS BELOW | X | |
| PAYMENT TERMS | TAX | TAX CODE |
| SPECIAL TERMS, SEE NOTES | | |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | SHIP TO |
|---|---|
| 01*460902<br>GENEXA MEDICAL INC<br>145 ROYAL CREST CT<br>UNIT 26<br>MARKHAM ON L3R 9Z4<br>CANADA | 01*460902<br>DR MATTHEW DANCHUK<br>12950-82 STREET<br>EDMONTON AB,  T5E 2T2<br>CANADA |

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 9993201300<br>NEWTOM VG CBCT SYS W/ COM<br>& SW INCLD FR DETECTOR<br>** Serial Number(s) **<br>VG07011S<br>S/N VG07011S<br>COMPLETE WITH:<br>CONTROL BOX S/N VG07011B<br>HP COMPUTER MDL XW6400<br>S/N CZC7461JPZ<br>SAMSUNG MONITOR MDL 94 ON<br>S/N HA19HMFP822697<br>EXPERT KEY S/N 3945<br>INSTALLATION AND TRAINING<br>INCLUDED | 1 | 1 | | 140000.0000 | 140,000.00 |
| 002 | 9993201310<br>DOLPHIN SOFTWARE<br>FOR NEWTOM VG<br>CD & DONGLE<br>** Serial Number(s) **<br>26C5 | 1 | 1 | | 0.00000 | 0.00 |
| 003 | 9999999999<br>SHIPPING CHARGES<br><br>Your order was shipped via SEE INSTRUCTIONS BELOW. | 1 | 0 | 1 | 0.00000 | 0.00 |

**CONTINUED...**

# DENT-X        NewTom

All payments are to be made in US Dollars.

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: 5M098-03

**AFP IMAGING**

developing better images

**NewTom**
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100  Fax: 914-592-6148
**ISO 9001 CERTIFIED**
**www.newtomdental.com**

# INVOICE 198327

| SALES ORDER NO. 783329 | DATE INVOICED 12/27/07 |
|---|---|
| PACKING SLIP NO. 783329*3 | DATE SHIPPED 12/27/07 |
| CUSTOMER PURCHASE ORDER NO. 124 | |
| SALES REPRESENTATIVE HOUSE ACCT | CODE 498 |
| SHIPPED VIA SEE INSTRUCTIONS BELOW | PPD X COL |
| PAYMENT TERMS SPECIAL TERMS, SEE NOTES | TAX TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods. PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

| SOLD TO | 01*460902 GENEXA MEDICAL INC 145 ROYAL CREST CT UNIT 26 MARKHAM ON L3R 9Z4 CANADA | SHIP TO | 01*460902 DR MATTHEW DANCHUK 12950-82 STREET EDMONTON AB, T5E 2T2 CANADA |
|---|---|---|---|

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| | Your tracking number(s) are: | | | | | |
| | DHL | | | | | |
| | VRN-XA-4148962 | | | | | |

| | | |
|---|---|---|
| | SUBTOTAL | 140,000.00 |
| | Less DISCOUNT | 0.00 |
| | TAX | 0.00 |
| | Freight & Handling | 0.00 |
| | Other Charges | 0.00 |
| | **TOTAL US DOLLARS** | **140,000.00** |

All payments are to be made in US Dollars.

**DENT·X**         **eva**        **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM060-09



**AFP IMAGING**

New Tom
250 Clearbrook Road
Elmsford, NY 10523-1323

Phone: 914-592-6100 Fax: 914-592-6148
**ISO 9001 CERTIFIED**
www.newtomdental.com

develop in 9 better images

# INVOICE 200124

| | |
|---|---|
| SALES ORDER NO. 787183 | DATE INVOICED 02/07/08 |
| PACKING SLIP NO. 787183*1 | DATE SHIPPED 02/07/08 |
| CUSTOMER PURCHASE ORDER NO. 140 | |
| SALES REPRESENTATIVE HOUSE ACCT | CODE 498 |
| SHIPPED VIA SEE INSTRUCTIONS BELOW | PPD X | COL |
| PAYMENT TERMS NET 30 | TAX | TAX CODE |

No material may be returned without our Return Authorization Number, which, if granted, will include shipping instructions that must be followed. All claims for shortages, error, or defective material must be made within 10 days after receipt of goods.
PLEASE REFER TO INVOICE NUMBER AND SALES ORDER NUMBER WHEN CORRESPONDING.

**SOLD TO**
01*460902
GENEXA MEDICAL INC
145 ROYAL CREST CT
UNIT 26
MARKHAM ON L3R 9Z4
CANADA

**SHIP TO**
01*460902
DR DWAYNE KARATEEW
1906-805 WEST BROADWAY
604-879-9661
VANCOUVER , V5Z 1K1
CANADA

| ITEM | PRODUCT/DESCRIPTION | QTY ORDERED | QTY SHIPPED | QTY B.O. | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|
| 001 | 886-000001 DONGLE USB PROFESSIONAL *List price: 100.00 U.S.A. DOLLARS* | 2 | 2 | | 100.00000 | 200.00 |
| 002 | 886-000001 DONGLE USB PROFESSIONAL *List price: 125.00 U.S.A. DOLLARS* | 1 | 1 | | 0.00000 | 0.00 |
| Chg | FO2  Airfreight Charges All Airfreight Charges | | 1 | | | 33.61 |

*PER AGREEMENT*
*SHIPPING 3 NNT DONGLES FOR DR*
*KARATEEW*
*1 IS NO CHARGE PER ION.*
*6429 7970 1165 FEDEX*
*Your order was shipped via SEE INSTRUCTIONS BELOW.*

*ACCESSORY ITEM* (handwritten)

| | |
|---|---|
| SUBTOTAL | 200.00 |
| Less DISCOUNT | 0.00 |
| TAX | 0.00 |
| Freight & Handling | 33.61 |
| Other Charges | 0.00 |
| **TOTAL US DOLLARS** | **233.61** |

All payments are to be made in US Dollars.

**DENT-X**    **eva**   **NewTom**

AFP requires that all dealers maintain traceability records. To insure warranty coverage please return warranty cards after each installation.

Form Control Number: SM058-03