Judge Bream

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFP IMAGING CORPORATION
and DENT-X INTERNATIONAL, INC.,

Plaintiff,

-v-

GENEXA MEDICAL INC.,

Defendant.

Case No. 08 CV 4257

**Rule 7.1 Statement**

RECEIVED MAY 0 5 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs AFP IMAGING CORPORATION and DENT-X INTERNATIONAL, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AFP IMAGING CORPORATION
and DENT-X INTERNATIONAL, INC.
250 Clearbrook Road
Elmsford, New York 10523-1323

Date: May 5, 2008

_____
**Signature of Attorney**
Michael H. DuBoff

**Attorney Bar Code:** md1902

Form Rule7_1.pdf SDNY Web 10/2007