Case Number: 08 CV 4257

## UNITED STATES DISTRICT COURT
## SOUTHERN DICSTRICT OF NEW YORK

BETWEEN:

**AFP IMAGING CORPORATION and DENT-X INTERNATIONAL INC.**

Plaintiffs

-and-

**GENEXA MEDICAL INC.**

Defendant

### AFFIDAVIT OF SERVICE

I, HAMZA BALATA, of the City of Toronto,
MAKE OATH AND SAY:

1. On May 9, 2008 I served Genexa Medical Inc. with a Summons and Complaint by leaving a copy of the document with Parisa Janbakhsh, administrative assistant, an adult who appeared to be in control of the business at the time of service at 26 – 145 Royal Crest Court, Markham, Ontario.

2. I was able to identify this person by means of verbal admission.

SWORN BEFORE ME at the
City of Toronto, this 13
day of May, 2008.

_____
HAMZA BALATA

A Notary Public in the Province of Ontario.
WALTER NILAUCA