Snow Becker Krauss P.C.
Attorneys for Plaintiffs
605 Third Avenue
New York, New York 10158
(212) 687-3860
Paul C. Kurland, Esq. (5179)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AFP IMAGING CORPORATION and
DENT-X INTERNATIONAL INC.,

                                        Plaintifs,

              -against-

GENEXA MEDICAL INC.

                                 Defendant.
-------------------------------------------------------------------X

Case No.:
08 CV 4257

**REQUEST TO
ENTER DEFAULT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISCTRICT OF NEW YORK:

      AFP IMAGING CORPORATION and DENT-X INTERNATIONAL INC., the

Plaintiffs, request that the Clerk of this Court enter the default of GENEXA MEDICAL

INC., the Defendant, for failure to plead or otherwise defend in a timely manner, as

provided by Rule 55(a) of the Federal Rules of Civil Procedure.

      This request is based on the attached affidavit of Paul C. Kurland, a member of

the bar of this Court, which shows:

      1.     Defendant was served with the Summons and Complaint in this matter on

May 9, 2008.

      2.     The Affidavit of Service of Hamza Balata, filed with this Court on May

20, 2008, establishes that service was proper pursuant to Rule 4 of the Federal Rules of

Civil Procedure.  A copy of the Affidavit of Service is attached to the affidavit of Paul C.

Kurland as Exhibit A.

      3.      Defendant has failed to plead or otherwise respond to the Summons and

Complaint.

      4.      The applicable time limit for responding has expired.

      5.      Defendant is a corporation and, as such, is not an infant or an incompetent

person.

Dated: New York, New York
      June 11, 2008

            Snow Becker Krauss P.C.
            Attorneys for Plaintiffs

            By: _____
               Paul C. Kurland (5179)

            605 Third Avenue
            New York, New York 10158
            (212) 687-3860

Snow Becker Krauss P.C.
Attorneys for Plaintiffs
605 Third Avenue
New York, New York 10158
(212) 687-3860
Paul C. Kurland, Esq. (5179)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

AFP IMAGING CORPORATION and
DENT-X INTERNATIONAL INC.,

                    Plaintifs,

        -against-

GENEXA MEDICAL INC.

                   Defendant.
-------------------------------------------------------------------X

Case No.:
08 CV 4257

**AFFIDAVIT IN
SUPPORT OF
REQUEST TO
ENTER DEFAULT**

State of New York      )
                         ) ss.:
County of New York   )

Paul C. Kurland, being duly sworn, deposes and states:

1.     I am a member of the firm Snow Becker Krauss P.C., attorneys for Plaintiffs AFP

IMAGING CORPORATION and DENT-X INTERNATIONAL INC.  I am a member of

the bar of this Court and I am fully competent to make this affidavit.  I have personal

knowledge of the facts stated in this affidavit.

2.     As appears in the Affidavit of Service of Hamza Balata, on May 9, 2008 the

Summons and Complaint were served on Defendant GENEXA MEDICAL INC. at 26-

145 Royal Crest Court, Markham, Ontario.

3.     Service of the Summons and Complaint were completed pursuant to the

provisions of Rule 4 of the Federal Rules of Civil Procedure.

4.    The Affidavit of Service, a copy of which is attached hereto as Exhibit A, was duly filed with this Court on May 20, 2008.

5.    Defendant has failed to serve and file an answer or otherwise defend itself against the Summons and Complaint in a timely manner.

6.    Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the time limit for responding to the Summons and Complaint has now expired and the time for Defendant has not been extended by any stipulation between the parties or any order of the Court.

7.    Defendant could not be an infant or an incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure because it is a corporation, organized and existing under the laws of Ontario, Canada, with its principle place of business in Ontario, Canada.

Signed by me on June 11, 2008 at New York, New York.

_____
Paul C. Kurland

Sworn before me on this 11th
day of June, 2008

_____
Notary Public

**DEAN BAKER**
**Notary Public, State of New York**
**No. 01BA6025874**
**Qualified in NEW YORK County**
**Commission Expires JUNE 01, 2011**

EXHIBIT A

Case Number: 08 CV 4257

## UNITED STATES DISTRICT COURT
## SOUTHERN DICSTRICT OF NEW YORK

BETWEEN:

## AFP IMAGING CORPORATION and DENT-X INTERNATIONAL INC.

Plaintiffs

-and-

## GENEXA MEDICAL INC.

Defendant

### AFFIDAVIT OF SERVICE

I, HAMZA BALATA, of the City of Toronto,
MAKE OATH AND SAY:

1. On May 9, 2008 I served Genexa Medical Inc. with a Summons and Complaint by leaving a copy of the document with Parisa Janbakhsh, administrative assistant, an adult who appeared to be in control of the business at the time of service at 26 – 145 Royal Crest Court, Markham, Ontario.

2. I was able to identify this person by means of verbal admission.

SWORN BEFORE ME at the
City of Toronto, this 13
day of May, 2008.

HAMZA BALATA

A Notary Public in the Province of Ontario.
WALTOR N. LALICA

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AFP IMAGING CORPORATION and
DENT-X INTERNATIONAL INC.,                          08 Civ. 4257 (CLB)

                          Plaintiffs,          **CLERK'S CERTIFICATE**

        -against-

GENEXA MEDICAL INC.

                        Defendant.
------------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the
Southern District of New York, do hereby certify that this action commenced on May 5,
2008 with the filing of a summons and complaint.  I further certify that a copy of the
summons and complaint was served by Hamza Balata on May 9, 2008 on defendant
Genexa Medical Inc. at 26-145 Royal Crest Court, Markham, Ontario, by personally
serving Parisa Janbakhsh, an adult who appeared to be in control of the business at the
time of service. Proof of such service thereof was filed on May 20, 2008.

      I further certify that the docket entries indicate that the defendant has not filed an
answer or otherwise moved with respect to the complaint herein.  The default of the
defendant is hereby noted.

Dated:   New York, New York

      ———————————————

                                 J. MICHAEL MCMAHON
                                 Clerk of the Court

                    By:  ———————————————
                               Deputy Clerk