06/18/2008  08:51  5163337333       PRYOR & MANDELUP LLP       PAGE 02/03
08/17/2008  17:26 FAX 2124550455    SNOW BECKER KRAUSS P.C.     ☒003/008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AFP IMAGING CORPORATION AND
DEN-X INTERNATIONAL, INC.

Index No. 08-CV-4257 (CLB)

Plaintiffs,

**STIPULATION
AND ORDER**

- against -

*extending time*

GENEXA MEDICAL INC.,

Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties as follows:

    1.    The time for the Defendant, GENEXA MEDICAL INC., to answer or otherwise respond to the Complaint filed in the above-captioned civil action is extended to and including the 11th day of July, 2008.

    2.    Defendant admits that it has been served with the Summons and Complaint in this matter in a proper and lawful manner in accordance with the provisions of the Federal Rules of Civil Practice and the New York Civil Practice Law and Rules in Markham, Ontario, Canada on May 9, 2008, and will not contest service of process herein.

    3.    The law firm of Pryor & Mandelup, L.L.P., by Randolph E. White, Esq., appears in this matter on behalf of Defendant.

Dated:    New York, New York
               June 16, 2008

Case 7:08-cv-04257-CS    Document 6    Filed 06/19/2008    Page 2 of 2

06/18/2008  08:51  5163337333                PRYOR & MANDELUP LLP              PAGE 03/03
06/17/2008  17:27 FAX 2124550455       SNOW BECKER KRAUSS P.C.                 ☒004/006

SNOW BECKER KRAUSS P.C.
*Attorneys for Plaintiffs*

By: /s/ Paul C. Kurland
    Paul C. Kurland (5179)
605 Third Avenue – 25th Floor
New York, New York 10158
(212) 687-3860

PRYOR & MANDELUP, L.L.P.
*Attorneys for Defendant*

By: /s/ Randolph E. White
    Randolph E. White (5271)
675 Old Country Road
Westbury, New York 11590
(516) 687-3860

SO ORDERED:

/s/ Charles L. Brieant
U.S.D.J

DATED: