AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-CV-4257

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
GENEXA MEDICAL, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/18/2008 | *[signature]* |
| Date | Signature |
| | Randolph E. White — 5271 |
| | Print Name — Bar Number |
| | 675 Old Country Road |
| | Address |
| | Westbury, NY 11590 |
| | City / State / Zip Code |
| | (516) 997-0999 / (516) 333-7333 |
| | Phone Number / Fax Number |