AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 08-CV-4257

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    GENEXA MEDICAL, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/19/2008 | *[signature]* |
| Date | Signature |
| | A. Scott Mandelup     2780 |
| | Print Name     Bar Number |
| | 675 Old Country Road |
| | Address |
| | Westbury     NY     11590 |
| | City     State     Zip Code |
| | (516) 997-0999     (516) 333-7333 |
| | Phone Number     Fax Number |