PRYOR & MANDELUP, L.L.P.
675 Old Country Road
Westbury, New York 11590
(516) 997-0997
A. Scott Mandelup (am-2780) asm@pryormandelup.com
Randolph E. White (rw-5271) rew@pryormandelup.com

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AFP IMAGING CORPORATION and
DENT-X INTERNATIONAL, INC.,

              Plaintiffs,

- against -

GENEXA MEDICAL INC.,

              Defendant.
------------------------------------------------------------------X

Index No.: 08-CV-4257

FED.R.CIV.P. 7.1
**DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Genexa Medical Inc., by its attorneys, Pryor & Mandelup, L.L.P., certifies that it has the following corporate parent, which is not a publically held corporation:

      Genexa Pharmaceutical Inc.
      120 Adelaide St. West, Suite 2500,
      Toronto, Ontario M5W 1T1
      Canada

Dated: Westbury, New York
         June 27, 2008

PRYOR & MANDELUP, L.L.P.
Attorneys for Defendant Genexa Medical Inc.

By: _____
     A. Scott Mandelup (am-2780)
675 Old Country Road
Westbury, New York 11590
Tel.: (516) 997 - 0999

I:\CLIENT FILES\Genexa\Disclosure 06-27-08.wpd